IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES KRIK & MARY ELLEN KRIK,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., AND JOHNSON & JOHNSON INTERNATIONAL,<br><br>Defendants. | CASE NO. 1:13-dp-20497-DAK<br><br>JUDGE DAVID A. KATZ<br><br>**DEFENDANTS' NOTICE OF FILING ANSWER** |

Defendants DePuy Orthopaedics, Inc., DePuy, Inc., DePuy International Limited, Johnson & Johnson, Johnson & Johnson Services, Inc., and Johnson & Johnson International (collectively "Defendants") hereby give notice that, in accordance with CMO #8, Defendants' Answer is deemed filed 20 days after the filing of a Short-Form Complaint.

Respectfully submitted,

| | |
|---|---|
| Robert C. Tucker (0013098)<br>TUCKER ELLIS & WEST LLP<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland, OH  44115-1414<br>Telephone:  (216) 592-5000<br>Facsimile:  (216) 592-5009<br>rtucker@tuckerellis.com | /s/ Susan M. Sharko<br>Susan M. Sharko<br>DRINKER BIDDLE & REATH LLP<br>A Delaware Limited Liability Partnership<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone:  (973) 360-1100<br>Facsimile :  (973) 360-9831<br>Susan.sharko@dbr.com |

*Attorneys for Defendants DePuy Orthopaedics, Inc., DePuy, Inc., DePuy International Limited, Johnson & Johnson, Johnson & Johnson Services, Inc., and  Johnson & Johnson International*

FP01/ 7006938.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2013, a copy of the foregoing ***Defendants' Notice of Filing Answer*** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>*/s/ Lauren D. Godfrey*
>Lauren D. Godfrey
>DRINKER BIDDLE & REATH LLP
>500 Campus Drive
>Florham Park, NJ  07932-1047
>Telephone     (973) 360-1100
>Facsimile:     (973) 360-9831
>lauren.godfrey@dbr.com
>
>*Attorneys for Defendants DePuy Orthopaedics, Inc., DePuy, Inc., DePuy International Limited, Johnson & Johnson, Johnson & Johnson Services, Inc., and  Johnson & Johnson International*