IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:10 md 2197 |
| | HONORABLE DAVID A. KATZ |
| This Document Relates to: 1:13 dp 20497 | **ORDER OF DISMISSAL WITH PREJUDICE** |

Whereas, the claims of the Plaintiffs have been resolved and the parties seek dismissal of all claims asserted against all Defendants in this Court;

Whereas, the parties consent and stipulate to the dismissal of these Plaintiffs' claims with prejudice;

IT IS HEREBY ORDERED that the claims of the Plaintiffs shall be dismissed with prejudice.

Counsel has certified that the requisite assessment is being withheld and deposited into the Common Benefit Fund.

Dated: February 26, 2015         S/ *David A. Katz*
                                 DAVID A. KATZ
                                 U. S. DISTRICT JUDGE